# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138091

MICHAEL C. LEE,
      Plaintiff-Appellant,

v

SC: 138091
COA: 274530
Wayne CC: 05-502988-CD

CITY OF DETROIT,
      Defendant-Appellee.

_____/

      On December 9, 2009, the Court heard oral argument on the application for leave to appeal the December 4, 2008 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009            _____

1217                            Clerk